WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorney for Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ALT-A TRUST 2005-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1,<br><br>                  Plaintiff,<br>     vs.<br><br>CHICAGO TITLE INSURANCE COMPANY,<br><br>                  Defendant. | Case No.:  2:20-cv-00500-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, not individually but solely as trustee for the holders of the Bear Stearns ALT-A Trust 2005-1, Mortgage Pass-Through Certificates, Series 2005-1, and Defendant Chicago Title Insurance Company, by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1     **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2  WITH PREJUDICE, with each party to bear its own fees and costs.

3  DATED this 27th day of January, 2023.   DATED this 27th day of January, 2023.

4  WRIGHT, FINLAY & ZAK, LLP   SINCLAIR BRAUN LLP

6  _/s/ Lindsay D. Dragon, Esq._   _/s/ Kevin S. Sinclair, Esq._
7  Lindsay D. Dragon, Esq.   Kevin S. Sinclair, Esq.,
   Nevada Bar No. 13474   Nevada Bar No. 12277
8  7785 W. Sahara Ave., Suite 200   16501 Venture Blvd., Suite 400
   Las Vegas, NV 89117   Encino, CA 91436
9  *Attorneys for Plaintiff, The Bank of New York*   *Attorneys for Defendant, Chicago Title*
10 *Mellon f/k/a The Bank of New York as*   *Insurance Company*
   *successor to JPMorgan Chase Bank, not*
11 *individually but solely as trustee for the*
   *holders of the Bear Stearns ALT-A Trust*
12 *2005-1, Mortgage Pass-Through Certificates,*
13 *Series 2005-1*

**IT IS SO ORDERED.**

Dated this  30th   day of January, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE